Michelle D. Brooks
1011 N Baker, Apt. D
East Wenatchee, WA 98802
(509) 669-1912

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Michelle D. Brooks<br><br>Plaintiff,<br><br>v.<br><br>Anthony "Tony" R. Scharf<br><br>Defendant. | CIVIL CASE NO. CV-13-347-LRS |

Plaintiff alleges:

1. The District Court has jurisdiction under 28 U.S.C. _____

2. This District Court has venue because Defendant is a resident of _____ County, Washington.

3. This District Court has jurisdiction because Defendant resided in Douglas County, Washington with Plaintiff then crossed the United States to avoid paying debt due Plaintiff.

_/s/ Michelle D. Brooks_
Michelle D. Brooks