| | | |
|---|---|---|
| Storage Unit #23 | Cell Phone | |
| 108.39 | 08/22 08/22 AT&T*BILL PAYMENT 800-288-2020 TX $131.08 | 108.39 |
| 105 | 2 24 JUL AT&T*BILL PAYMENT08002882020TX $122.41 | 105 |
| 105 | | 105 |
| | | 72.39 |
| | | 99.8 |
| Boat Part | Disc Burner | 131.08 |
| 08/15 08/16 AMAZON MKTPLACE PMTS | 08/17 08/17 FRY'S ELECTRONICS #30 RENTON WA $151.38 | 122.41 |
| AMZN.COM/BILLWA | | 151.38 |
| $72.39 | | 81.3 |
| | Fixing "Broken" Phone | 60 |
| Fishing License w/Salmon Card | 08/27 08/27 PAYPAL *CTRL WA WIRELES WENATCHEE WA | 20 |
| $99.80 | $81.30 | 310.08 |
| | | 12.88 |
| | | 73.69 |
| Gas for trip to see Veronika 8/22-27 | Luggage Fee from San Diego to Wenatchee | 273.7 |
| $60 Cash | $20 | 798.88 |
| | | **2525.98** |

+ 400 filing fee + court costs if not allowed waiver. (MB)

Dinners During Boat Races
| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/16 Alaska Lodge | $89.57 | | Gas | | | Certified Mail for Speeding Ticket | |
| 9/15 Alaska Air In Flight | $19.00 | | 9/6 Shell | $30.00 | | $12.88 | |
| 9/15 Alaska Air In Flight | $13.00 | | 9/3 Tesoro | $36.04 | | | |
| 9/12 Proud Mary's | $60.42 | | 8/28 BJs | $53.02 | | Oil Change | |
| 9/11 Proud Mary's | $106.76 | | 8/12 Shell | $58.00 | | Jiffy Lube | $73.69 |
| 8/31 Iron Horse | $60.60 | | 8/12 Grant Rd 76 | $35.02 | | | |
| 8/30 Crickets | $97.75 | | 8/5 Rainier Shell | $50.00 | | | |
| 8/28 Iron Horse | $59.60 | | 8/1 Shell | $48.00 | | | |
| 8/4  13 Coins | $172.76 | | | $310.08 | | Misc | |
| 8/3 Roaster | $183.16 | | | | | 8/1 Rainier Liquor | $54.74 |
| 8/2 Claim Jumper | $88.80 | | | | | Captains | 218.96 |
| 8/2 Ginger Palace | $54.06 | | | | | Kodiak | Unknown |
| 7/27 Crows Nest | $86.65 | | | | | | $273.70 |
| | $1,092.13 | 798.88 | | | | | |