UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHELLE D. BROOKS,<br><br>            Plaintiff,<br><br>    vs.<br><br>ANTHONY "TONY" R. SCHARF,<br><br>            Defendant. | NO.  CV-13-0347-LRS<br><br>ORDER OF DISMISSAL |

**BEFORE THE COURT** is the Plaintiff's Motion For Order Of Dismissal Without Prejudice, ECF No. 9, filed on December 4, 2013.  Accordingly,

**IT IS HEREBY ORDERED**: Plaintiff's Motion For Order Of Dismissal Without Prejudice, **ECF No. 9**, is **GRANTED.**  Plaintiff's action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, provide a copy to plaintiff, and **CLOSE THIS FILE.**

**DATED** this 11th day of December, 2013.


*s/Lonny R. Suko*
———————————————
          LONNY R. SUKO
SENIOR UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1